FILED
April 21, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

**United States District Court**
**Western District of Texas**
**San Antonio Division**

United States of America,
   Plaintiff,

v.

Chengyu Wang,
   Defendant.

Case No. 5:19-CV-586-OLG

# ORDER

On this 21st day of April 2021, the Court considered the parties' Fourth Joint Motion to Amend Scheduling Order and Adjourn Trial. Finding the motion meritorious, and for good cause shown, the Court accordingly finds that the motion should be granted and the following orders shall enter:

1) The page limit for replies in support of cross-motions for summary judgment shall be extended from 10 pages to 20 pages;

2) The deadline for filing replies in support of cross-motions for summary judgment shall be extended from April 29, 2021 to May 7, 2021;

3) The pretrial conference scheduled for on June 9, 2021, at 10:30 a.m. and the bench trial scheduled for June 14, 2021, at 9:30 a.m. shall be vacated pending decisions on the cross-motions for summary judgment; and

4) The parties are exempt from mandatory mediation.

IT IS SO ORDERED.

_____
Orlando L. Garcia
Chief United States District Judge