**FILED**
October 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff, § | |
| v. § | **CIVIL NO. SA-19-CV-00586-OLG** |
| **CHENGYU WANG,** § | |
| Defendant. § | |

## ORDER

At the Court's request, the parties have advised that neither party objects to the public filing of the Court's Order Denying Defendant's Second Motion to Partially Disqualify Plaintiff's Expert Witness (Dkt. No. 77). *See* Dkt. No. 78. Accordingly, the Clerk of Court is respectfully directed to **UNSEAL** Docket No. 77.

It is so **ORDERED**.

**SIGNED** this \_\_\_\_ day of October, 2021.

ORLANDO L. GARCIA
Chief United States District Judge